UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY M. FERNANDEZ,

            Petitioner,

    v.

STATE OF WASHINGTON,

            Respondent.

CASE NO. 3:19-cv-06029-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: February 21, 2020

      The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. On October 30, 2019, petitioner, proceeding *pro se*, filed his proposed habeas corpus petition. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Dkt. 1; Dkt. 2. On October 31, 2019, the Clerk's Office issued a notice of deficiency and instructed petitioner to pay the filing fee or file the proper IFP form and provided petitioner with the correct IFP form. Dkt. 2; Dkt. 2-1. Petitioner failed to respond to the Clerk's notice. *See* Dkt.

1   On December 17, 2019, the Court ordered petitioner to submit the proper IFP form or pay
2   the filing fee by January 16, 2020. Dkt. 3. The Court warned petitioner that failure to comply
3   with the Court's order would result in a recommendation that this case be dismissed. Dkt. 3.
4   Petitioner has failed to comply with the Court's order. He has not filed a proper IFP form
5   or paid the filing fee. Accordingly, the Court recommends that this case be dismissed without
6   prejudice. Based on the foregoing, the Court concludes that petitioner is not entitled to a
7   certificate of appealability with respect to this petition.
8   Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9   Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February
13  21, 2020 as noted in the caption.
14  Dated this 28th day of January, 2020.

J. Richard Creatura
United States Magistrate Judge